United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 21-01485-HWV
Jason A. Wilbert     Chapter 7
Sarah Jessica Wilbert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin     Page 1 of 2
Date Rcvd: Oct 12, 2021     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason A. Wilbert, Sarah Jessica Wilbert, 625 Grandview Avenue, Camp Hill, PA 17011-1817 |
| 5422230 | + | Crumay Parmes Associates, Inc., 104 Erford Road, Camp Hill, PA 17011-1898 |
| 5422234 | | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 5422236 | + | MS Hershey Medical Center, Attn: Patient Financial Services, PO Box 853, Hershey, PA 17033-0853 |
| 5422235 | | Medical Diagnostic Laboratories, 2439 Kuser Road, Hamilton, NJ 08690-3303 |
| 5422237 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 5422238 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 5422239 | | PennState Health Holy Spirit, PO Box 983159, Boston, MA 02298-3159 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Oct 12 2021 23:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5422227 | + | EDI: CITICORP.COM | Oct 12 2021 23:13:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5422226 | | EDI: CAPITALONE.COM | Oct 12 2021 23:13:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5422229 | | EDI: WFNNB.COM | Oct 12 2021 23:13:00 | Comenity Bank / Overstock.com, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5422231 | | EDI: DISCOVER.COM | Oct 12 2021 23:13:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5422232 | + | EDI: AMINFOFP.COM | Oct 12 2021 23:13:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5422233 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 12 2021 19:15:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5422228 | | EDI: JPMORGANCHASE | Oct 12 2021 23:13:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5422240 | + | Email/Text: bankruptcynotices@psecu.com | Oct 12 2021 19:15:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5422555 | + | EDI: RMSC.COM | Oct 12 2021 23:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5422241 | | EDI: RMSC.COM | Oct 12 2021 23:13:00 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5422242 | | EDI: RMSC.COM | Oct 12 2021 23:13:00 | Synchrony Bank / HHGregg, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL |

| | | | |
| --- | --- | --- | --- |
| 5422243 | EDI: RMSC.COM | Oct 12 2021 23:13:00 | Synchrony Bank / Home Design, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5422244 | EDI: RMSC.COM | Oct 12 2021 23:13:00 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5422245 | EDI: RMSC.COM | Oct 12 2021 23:13:00 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jason A. Wilbert pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Sarah Jessica Wilbert pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | Jason A. Wilbert<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–2957<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Sarah Jessica Wilbert<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–5003<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21-bk-01485-HWV | |

# Order of Discharge            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason A. Wilbert                Sarah Jessica Wilbert

**By the court:**  *[signature]*

10/11/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**